IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KARLA CRUZ and ROBERT ROMERO, Parents,
on behalf of R.C., Student,

    Plaintiffs,

v.                                                                      No. 2:19-cv-00277-KRS-SMV

BOARD OF EDUCATION OF
HOBBS MUNICIPAL SCHOOL DISTRICT,

    Defendant.

## STIPULATED FINAL ORDER OF DISMISSAL

THIS MATTER having come before the Court on the parties' Joint Motion to Dismiss with Prejudice.

The Court finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs' Complaint be and hereby is dismissed in its entirety, with prejudice.

IT IS FURTHER ORDERED that each party is to bear its own attorney's fees and costs.

                                                         The Honorable Kevin R. Sweazea
                                                         United States Magistrate Judge

Submitted by:

GERMAN•BURNETTE & ASSOCIATES, LLC


*/s/ Jason Marks*
MARY KELEHER CASTLE
JASON MARKS
*Attorneys for Defendant*
11728 Linn Ave, NE
Albuquerque, New Mexico 87112
(505) 292-9676

Approved by:


*Approved by email 10/16/19*⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
GAIL STEWART
*Attorney for Plaintiffs*
3800 Osuna NE, Suite 1
Albuquerque, NM 87109
(505) 244-3779